# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Duane K. Hall, | : | |
| Plaintiff | : | Case No. 2:08-cv-00384 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge |
| | : | |
| Defendant | : | |
| | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 11, 2009 Order, plaintiff's motion for summary judgment is **DENIED,** defendant's motion for summary judgment is **GRANTED**.  The *Report and Recommendation* is **ADOPTED**.  The decision of the Commissioner of Social Security is **AFFIRMED**.  This case is **DISMISSED.**  Judge entered for the defendant.

Date:  **March 11, 2009**                    **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk